Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles Linehan (SBN 307439)
  clinehan@glancylaw.com
Pavithra Rajesh (SBN 323055)
  prajesh@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Tad Park*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAD PARK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONDER HOLDINGS INC., FRANCIS DAVIDSON, SANJAY BANKER, CHRIS BERRY and DOMINIQUE BOURGAULT,<br><br>Defendants. | Case No.<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Tad Park ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by Sonder Holdings Inc. ("Sonder" or the "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Sonder; and (c) review of other publicly available information concerning Sonder.

## NATURE OF THE ACTION AND OVERVIEW

1.     This is a class action on behalf of persons and entities that purchased or otherwise acquired Sonder securities between May 11, 2022 and March 15, 2024, inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the Securities Exchange Act of 1934 (the "Exchange Act").

2.     Sonder is a hospitality services business which operates and manages properties comprised of apartments and hotel rooms in North America, Europe, and the Middle East. The Company leases properties and makes them available to book either directly, through the Sonder app, website, and sales personnel, or through indirect channels, such as Airbnb, Expedia, and Booking.com. As of September 30, 2023, the Company purported to lease all of its property and have approximately 11,800 units available for guests to book at over 250 properties.

3.     On March 15, 2024, after the market closed, the Company disclosed it had identified an "accounting error" related to the Company's valuation of certain assets and related items, and as a result the Company's financial statements for the year ended December 31, 2022 and throughout fiscal year 2023 could no longer be relied upon. The Company stated the valuation of certain right-of-use ("ROU") lease assets and related items had not considered relevant impairment indications and

related valuation information required by Accounting Standards Codification ("ASC") No. 842, and related standards. The Company further explained that, though it had recorded one impairment charge once in the third quarter of 2023, no impairment charges were recorded in the other interim financial statements in 2023 or in the 2022 financial statements. The Company disclosed, as a result, it would have to restate certain finances and such restatements would increase the Company's overall net loss and loss per share in the impacted periods. The Company additionally disclosed that the Company anticipated a review would reveal one or more additional material weaknesses in the Company's internal control over financial reporting, in addition to the Company's previously identified and reported material weaknesses. The Company further disclosed that, as a result, it would not timely file its Annual Report for the year ended December 31, 2023. Finally, the Company disclosed the restatement and related items could have an adverse effect upon the Company's debt, as the Company would now have to seek waivers of noncompliance under the terms of its debt resulting from the accounting errors.

4. On this news, Sonder's stock price fell $2.10 per share, or 38.2%, to close at $3.40 per share on March 18, 2024, on unusually heavy trading volume.

5. Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made materially false and/or misleading statements or failed to disclose to investors: (1) Sonder was not recognizing ROU assets and lease liabilities on its balance sheet in accordance with ASC 842; (2) Sonder's financial statements contained material errors in the valuation and impairment of operating lease ROU assets; (3) Sonder had undisclosed internal control failures; (4) as a result of the foregoing, Sonder was not in compliance with all financial covenants; (5) that, as a result of the foregoing,

Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

6.      As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

7.      The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

8.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

9.      Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. Further, the Company's principal executive offices are located in this District.

10.      In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

11.      Plaintiff Tad Park, as set forth in the accompanying certification, incorporated by reference herein, purchased Sonder securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

12.     Defendant Sonder is incorporated under the laws of Delaware with its principal executive offices located in San Francisco, California. Sonder's securities trade on the NASDAQ exchange under the symbol "SOND."

13.     Defendant Francis Davidson ("Davidson") has served as the Company's Co-Founder and Chief Executive Officer ("CEO") at all relevant times.

14.     Defendant Sanjay Banker ("Banker") served as the Company's Chief Financial Officer ("CFO") from 2019 until December 31, 2022.

15.     Defendant Chris Berry ("Berry") served as the Company's Interim Principal Financial Officer from January 23, 2023 until March 17, 2023. Berry has also served as the Company's Chief Accounting Officer from August 1, 2022 until August 18, 2023.

16.     Defendant Dominique Bourgault ("Bourgault") has served as the Company's CFO since March 6, 2023, and was appointed the Principal Financial Officer on March 17, 2023.

17.     Defendants Davidson, Banker, Berry, and Bourgault (collectively the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, i.e., the market.  The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.  Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading.  The Individual Defendants are liable for the false statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### Background

18.     Sonder is a hospitality services business which operates and manages properties comprised of apartments and hotel rooms in North America, Europe, and the Middle East. The Company leases properties and makes them available to book either directly, through the Sonder app, website, and sales personnel, or through indirect channels, such as Airbnb, Expedia, and Booking.com. As of September 30, 2023, the Company purported to lease all of its property and have approximately 11,800 units available for guests to book at over 250 properties.

### Materially False and Misleading

### Statements Issued During the Class Period

19.     The Class Period begins on May 11, 2022. On that day, Sonder issued a Shareholder Letter announcing its financial results for the quarter ended March 31, 2022, which alleged that the Company's held $1,629,358 in total assets, $1,133,809 in operating lease right-of-use-assets, $143,014 in current operating lease liabilities, and $1,070,896 in non-current operating lease liabilities, and stated the following, in relevant part:[1]

> ***Effective January 1, 2022, Sonder adopted new leasing accounting standard ASC 842*** / IFRS 16***, which recognizes right-of-use assets and lease liabilities on our balance sheet*** for all operating leases, increasing both assets and liabilities.

20.     On May 16, 2022, Sonder filed its quarterly report on Form 10-Q for the period ended March 31, 2022 (the "1Q22 10-Q"). The 1Q22 10-Q affirmed the Company's previously reported financial results. The 1Q22 10-Q alleged that "[a]s of March 31, 2022, Sonder was in compliance with all financial covenants[.]"

21.     The 1Q22 10-Q alleged, in relevant part, the following concerning the Company's right-of-use lease assets and the calculation thereof:

---

[1] Unless otherwise stated, all emphasis in bold and italics hereinafter is added, and all footnotes are omitted.

***Sonder adopted ASC 842 as of January 1, 2022*** using the modified retrospective approach.

\* \* \*

***Operating lease right-of-use (ROU) assets are included within operating lease right-of-use assets in the condensed consolidated balance sheet****.* The corresponding operating lease liabilities are included within current operating lease liabilities and non-current operating lease liabilities on Sonder's condensed consolidated balance sheet as of March 31, 2022. ROU assets represent Sonder's right to use an underlying asset for the lease term and lease liabilities represent Sonder's obligation to make lease payments arising from the lease.

\* \* \*

| | March 31, 2022 | December 31, 2021 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash | $ 406,348 | $ 69,726 |
| Restricted cash | 683 | 215 |
| Accounts receivable, net of allowance of $3,291 and $4,127 at March 31, 2022 and December 31, 2021 respectively | 1,336 | 4,638 |
| Prepaid rent | 3,380 | 2,957 |
| Prepaid expenses | 14,435 | 5,029 |
| Other current assets | 18,518 | 16,416 |
| Total current assets | 444,700 | 98,981 |
| Property and equipment, net | 35,243 | 27,461 |
| Operating lease right-of-use assets | 1,133,809 | — |
| Other non-current assets | 15,606 | 22,037 |
| Total assets | $ 1,629,358 | $ 148,479 |

22.     The 1Q22 10-Q asserted that the Company was "***developing formal policies and procedures over its lease administration process, implementing a lease administration and accounting system, and providing additional training to personnel responsible for the relevant controls***" in order to assist its internal controls over financial reporting.

23.     On August 10, 2022  Sonder issued a Shareholder Letter announcing its financial results for the quarter ended June 30, 2022, which reported that the Company held $1,559,414 in total assets, $1,109,208 in operating lease right-of-use-assets,  $152,064 in current operating lease liabilities, and $1,050,285 in non-current operating lease liabilities, as reported under leasing accounting standard ASC 842, "which recognizes right-of-use assets and lease liabilities on our balance sheet for all operating leases, increasing both assets and liabilities."

24.     On August 12, 2022, Sonder filed its quarterly report on Form 10-Q for the period ended June 30, 2022 (the "2Q22 10-Q"). The 2Q22 10-Q affirmed the

previously reported financial results. The 2Q22 10-Q alleged that "[a]s of June 30, 2022, Sonder was in compliance with all financial covenants."

25.    The 2Q22 10-Q alleged, in relevant part, that "Sonder implemented ASC 842 as of January 1, 2022" and "Sonder applied Topic 842 to all leases as of January 1, 2022." The 2Q22 10-Q reported the Company's alleged ROU assets, as

| | June 30, 2022 | December 31, 2021 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash | $    359,500 | $    69,726 |
| Restricted cash | 1,244 | 215 |
| Accounts receivable, net of allowance of $255 and $4,127 at June 30, 2022 and December 31, 2021 respectively | 7,307 | 4,638 |
| Prepaid rent | 2,316 | 2,957 |
| Prepaid expenses | 9,854 | 5,029 |
| Other current assets | 18,996 | 16,416 |
| Total current assets | 399,217 | 98,981 |
| Property and equipment, net | 35,605 | 27,461 |
| Operating lease right-of-use assets | 1,109,208 | — |
| Other non-current assets | 15,384 | 22,037 |
| Total assets | $    1,559,414 | $    148,479 |

follows in relevant part:

26.    The 2Q22 10-Q further asserted that the Company had "engaged a third party consultant and have ***developed formal policies and procedures over our lease administration process, implemented a lease administration and accounting system, and provided additional training to personnel responsible for the relevant controls***" in order to assist its internal controls over financial reporting.

27.    On November 9, 2022, Sonder issued a Shareholder Letter announcing its financial results for the quarter ended September 30, 2022, which stated that the Company held $1,532,532 in total assets and $1,139,713 in operating lease right-of-use-assets,  $146,550 in current operating lease liabilities, and $1,082,412 in non-current operating lease liabilities, as reported under leasing accounting standard ASC 842, "which recognizes right-of-use assets and lease liabilities on our balance sheet for all operating leases, increasing both assets and liabilities."

28.     On November 10, 2022, Sonder filed its quarterly report on Form 10-Q for the period ended September 30, 2022 (the "3Q22 10-Q"). The 3Q22 10-Q

affirmed the previously reported financial results. The 3Q22 10-Q alleged that "[a]t September 30, 2022 and December 31, 2021, the Company was in compliance with all financial covenants."

29.     The 3Q22 10-Q alleged, in relevant part, that "[t]he Company adopted ASC 842, *Leases* ("ASC 842"), effective January 1, 2022," and "Operating lease ROU assets are included within operating lease right-of-use assets in the condensed consolidated balance sheets." The 3Q22 10-Q  reported the Company's alleged

| Assets | September 30, 2022 | December 31, 2021 |
|---|---|---|
| Current assets: | | |
| Cash | $ 317,324 | $ 69,726 |
| Restricted cash | 1,131 | 215 |
| Accounts receivable, net of allowance of $1,194 and $4,127 at September 30, 2022 and December 31, 2021, respectively | 5,658 | 4,638 |
| Prepaid rent | — | 2,957 |
| Prepaid expenses | 7,530 | 5,029 |
| Other current assets | 10,435 | 16,416 |
| Total current assets | 342,078 | 98,981 |
| Property and equipment, net | 35,469 | 27,461 |
| Operating lease right-of-use ("ROU") assets | 1,139,713 | — |
| Other non-current assets | 15,272 | 22,037 |
| Total assets | $ 1,532,532 | $ 148,479 |

ROU assets as follows, in relevant part:

30.     The 3Q22 10-Q further asserted that the Company had "engaged a third party consultant and *have developed formal policies and procedures over our lease administration process, implemented a lease administration and accounting system, and provided additional training to personnel responsible for the relevant controls*" in order to assist its internal controls over financial reporting, and that "[a]nalysis and testing of the controls will be performed throughout the remainder of 2022."

31.     On March 1, 2023 Sonder issued a Shareholder Letter announcing its financial results for the quarter and year ended December 31, 2022, which stated that the Company held $1,553,671 in total assets, $1,189,545 in operating lease right-of-use-assets, $158,580 in current operating lease liabilities, and $1,143,538 in non-current operating lease liabilities, as reported under leasing accounting standard

ASC 842, "which recognizes right-of-use assets and lease liabilities on our balance sheet for all operating leases, increasing both assets and liabilities."

32. On March 16, 2023, Sonder filed its annual report on Form 10-K for the fiscal year ended December 31, 2022 (the "FY22 10-K"). The FY22 10-K affirmed the Company's previously reported financial results and stated "[a]t December 31, 2022, the Company was in compliance with all financial covenants related to the 2022 Loan and Security Agreement."

33. The FY22 10-K alleged that "[t]he Company adopted ASC 842, *Leases* ("ASC 842"), effective January 1, 2022, using the modified retrospective approach." The FY22 10-K alleged the following, in relevant part, as related to the Company's ROU reporting:

> Operating lease ROU assets are included within operating lease right-of-use assets in the consolidated balance sheets. The corresponding operating lease liabilities are included within current operating lease liabilities and non-current operating lease liabilities in the consolidated balance sheets.

34. The FY22 10-K reported the Company's ROU assets, as follows, in relevant part:

| | 2022 | 2021 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash | $ 246,624 | $ 69,726 |
| Restricted cash | 42,562 | 215 |
| Accounts receivable, net of allowance of $972 and $4,127 at December 31, 2022 and 2021, respectively | 5,613 | 4,638 |
| Prepaid rent | — | 2,957 |
| Prepaid expenses | 8,066 | 5,029 |
| Other current assets | 10,065 | 16,416 |
| Total current assets | 312,930 | 98,981 |
| Property and equipment, net | 34,926 | 27,461 |
| Operating lease right-of-use ("ROU") assets | 1,209,486 | — |
| Other non-current assets | 16,270 | 22,037 |
| Total assets | $ 1,573,612 | $ 148,479 |

35.     The FY22 10-K reported the Company's components of operating lease expenses and supplemental information related to ROU assets, as follows:

Components of operating lease expense were as follows (in thousands):

| | Year ended December 31, 2022 |
|---|---|
| Operating lease cost | $    268,810 |
| Short-term lease cost | 3,203 |
| Variable lease cost | (2,582) |
| Total operating lease cost | $    269,431 |

Supplemental information related to operating leases was as follows (in thousands):

| | Year ended December 31, 2022 |
|---|---|
| Cash payments for operating leases | $    218,434 |
| New operating lease ROU assets obtained in exchange for operating lease liabilities | $    356,157 |

36.     The FY22 10-K further asserted the following concerning the Company's internal controls over financial reporting, in relevant part:

Management, including our Principal Executive Officer and Principal Financial Officer, is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act. **Our internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of our financial reporting and the preparation of our financial statements for external purposes in accordance with U.S. GAAP.**

\*          \*          \*

[M]anagement, including our Principal Executive Officer and Principal Financial Officer, believes the consolidated financial statements included in this Annual Report on Form 10-K **fairly represent in all material respects our financial condition, results of operations, and cash flows at and for the periods presented in accordance with U.S. GAAP.**

37.     On March 22, 2023, Sonder filed an amendment to its annual report on Form 10-K/A for the period ended December 31, 2022 (the "FY22 10-K/A"). The FY22 10-K/A affirmed the previously reported financial results and was submitted

only for the purpose of amending Part III, Items 10, 11, 12, 13 and 14 of the Original Filing to include the information required by such Items.

38.     On May 10, 2023, Sonder issued a Shareholder Letter announcing its financial results for the quarter ended March 31, 2023, which reported that the Company held $1,521,460 in total assets and $1,201,007 in operating lease right-of-use-assets, $172,422 in current operating lease liabilities, and $1,156,913 in non-current operating lease liabilities, reported under leasing accounting standard ASC 842, "which recognizes right-of-use assets and lease liabilities on our balance sheet for all operating leases, increasing both assets and liabilities."

39.     On May 10, 2023, Sonder filed its quarterly report on Form 10-Q for the period ended March 31, 2023 (the "1Q23 10-Q"). The 1Q23 10-Q affirmed the previously reported financial results. The 1Q23 10-Q alleged that "the Company is in compliance with all financial covenants related to the 2022 Loan and Security Agreement, as amended, as of the date the condensed consolidated financial statements were issued."

40.     The 1Q23 10-Q also alleged, in relevant part, the following regarding the Company's ROU asset reporting:

> Operating lease ROU assets are included within operating lease right-of-use assets in the consolidated balance sheets. The corresponding operating lease liabilities are included within current operating lease liabilities and non-current operating lease liabilities in the consolidated balance sheets. ROU assets represent the Company's right to use an underlying asset for the lease term and lease liabilities represent the Company's obligation to make lease payments arising from the lease.

41.     1Q23 10-Q reported the following concerning the Company's alleged

| | March 31, 2023 | December 31, 2022 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 217,968 | $ 246,624 |
| Restricted cash | 28,436 | 42,562 |
| Accounts receivable, net of allowance of $1,346 and $972 at March 31, 2023 and December 31, 2022, respectively | 6,990 | 5,613 |
| Prepaid expenses | 5,128 | 8,066 |
| Other current assets | 12,708 | 10,065 |
| Total current assets | 271,230 | 312,930 |
| Property and equipment, net | 35,432 | 34,926 |
| Operating lease right-of-use ("ROU") assets | 1,201,007 | 1,209,486 |
| Other non-current assets | 13,791 | 16,270 |
| Total assets | $ 1,521,460 | $ 1,573,612 |

11

ROU assets:

42.     The 1Q23 10-Q further asserted that the Company had purportedly "identified improvements related to our lease process to capture and record lease agreements timely and accurately" and that the Company "will provide additional training to personnel responsible for the relevant controls" in order to assist its internal controls over financial reporting.

43.     On August 9, 2023, Sonder issued a Shareholder Letter announcing its financial results for the quarter ended June 30, 2023, which reported that the Company held $1,607,859 in total assets and $1,308,719 in operating lease right-of-use-assets, $183,487 in current operating lease liabilities, and $1,259,207 in non-current operating lease liabilities, reported under leasing accounting standard ASC 842, "which recognizes right-of-use assets and lease liabilities on our balance sheet for all operating leases, increasing both assets and liabilities."

44.     On August 9, 2023, Sonder filed its quarterly report on Form 10-Q for the period ended August 9, 2023 (the "2Q23 10-Q"). The 2Q23 10-Q affirmed the previously reported financial results. The 2Q23 10-Q alleged that "the Company is in compliance with all financial covenants related to the 2022 Loan and Security Agreement, as amended, as of the date the condensed consolidated financial statements were issued."

45.     The 2Q23 10-Q alleged, in relevant part, the following concerning the Company's reporting of ROU assets:

*Operating lease ROU assets are included within operating lease right-of-use assets in the condensed consolidated balance sheets*. The corresponding operating lease liabilities are included within current operating lease liabilities and non-current operating lease liabilities in the condensed consolidated balance sheets. ROU assets represent the Company's right to use an underlying asset for the lease term and lease liabilities represent the Company's obligation to make lease payments arising from the lease.

46.    The 2Q23 10-Q reported the following concerning the Company's alleged ROU assets:

| | June 30, 2023 | December 31, 2022 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 177,444 | $ 246,624 |
| Restricted cash | 42,069 | 42,562 |
| Accounts receivable, net of allowance of $1,461 and $972 at June 30, 2023 and December 31, 2022, respectively | 14,042 | 5,613 |
| Prepaid expenses | 8,786 | 8,066 |
| Other current assets | 11,516 | 10,065 |
| Total current assets | 253,857 | 312,930 |
| Property and equipment, net | 31,616 | 34,926 |
| Operating lease right-of-use ("ROU") assets | 1,308,719 | 1,209,486 |
| Other non-current assets | 13,667 | 16,270 |
| Total assets | $ 1,607,859 | $ 1,573,612 |

47.    The 2Q23 10-Q further asserted that the Company had "identified improvements related to our lease process to capture and record lease agreements timely and accurately" and that the Company "will provide additional training to personnel responsible for the relevant controls" in order to assist its internal controls over financial reporting.

48.    On November 14, 2023, Sonder issued a Shareholder Letter announcing its financial results for the quarter ended September 30, 2023, which reported that the Company held $1,716,337 in total assets, $1,439,572 in operating lease right-of-use-assets, $199,345 in current operating lease liabilities, and $1,382,693 in non-current operating lease liabilities, reported under leasing accounting standard ASC 842, "which recognizes right-of-use assets and lease liabilities on our balance sheet for all operating leases, increasing both assets and liabilities."

49.    On November 14, 2023, Sonder filed its quarterly report on Form 10-Q for the period ended September 30, 2023 (the "3Q23 10-Q"). The 3Q23 10-Q affirmed the previously reported financial results. The 3Q23 10-Q alleged that "[t]he Company is in compliance with all financial covenants related to the 2022 Loan and Security Agreement[.]"

50.   The 3Q23 10-Q alleged, in relevant part, the following concerning the Company's ROU reporting:

***Operating lease ROU assets are included within operating lease right-of-use assets in the condensed consolidated balance sheets***. The corresponding operating lease liabilities are included within current operating lease liabilities and non-current operating lease liabilities in the condensed consolidated balance sheets. ROU assets represent the Company's right to use an underlying asset for the lease term and lease liabilities represent the Company's obligation to make lease payments arising from the lease.

51.   The 3Q23 10-Q reported, in relevant part, the following alleged ROU assets:

| | September 30, 2023 | December 31, 2022 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 166,045 | $ 246,624 |
| Restricted cash | 41,188 | 42,562 |
| Accounts receivable, net of allowance of $3,265 and $972 at September 30, 2023 and December 31, 2022, respectively | 9,105 | 5,613 |
| Prepaid expenses | 6,388 | 8,066 |
| Other current assets | 10,532 | 10,065 |
| Total current assets | 233,258 | 312,930 |
| Property and equipment, net | 28,462 | 34,926 |
| Operating lease right-of-use ("ROU") assets | 1,439,572 | 1,209,486 |
| Other non-current assets | 15,045 | 16,270 |
| Total assets | $1,716,337 | $1,573,612 |

52.   The 3Q23 10-Q further asserted that the Company had "identified improvements related to our lease process to capture and record lease agreements timely and accurately that we began to implement in 2023" in order to assist its internal controls over financial reporting.

53.   The above statements identified in ¶¶ 19-52 were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made materially false and/or misleading statements or failed to disclose to investors: (1) Sonder was not recognizing ROU assets and lease liabilities on its balance sheet in accordance with ASC 842; (2) Sonder's financial statements contained material errors in the valuation and impairment of operating lease ROU assets; (3) Sonder had undisclosed internal control failures; (4) as a result of the foregoing, Sonder was not

in compliance with all financial covenants; (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

### **Disclosures at the End of the Class Period**

54.     On March 15, 2024, after the market closed, the Company disclosed it had identified an "accounting error" related to the Company's valuation of certain assets and related items, and as a result the Company's financial statements for the year ended December 31, 2022 and throughout fiscal year 2023 could no longer be relied upon. The Company stated the valuation of certain ROU lease assets and related items had not considered relevant impairment indications and related valuation information required by ASC No. 842, and related standards.  The Company further explained that, though it had recorded one impairment charge once in the third quarter of 2023, no impairment charges were recorded in the other interim financial statements in 2023 or in the 2022 financial statements. The Company disclosed, as a result, it would have to restate certain finances and such restatements would increase the Company's overall net loss and loss per share in the impacted periods.  The Company additionally disclosed that the Company anticipated a review would reveal one or more additional material weaknesses in the Company's internal control over financial reporting, in addition to the Company's previously identified and reported material weaknesses. The Company further disclosed that, as a result, it would not timely file its Annual Report for the year ended December 31, 2023.  Finally, the Company disclosed the restatement and related items could have an adverse effect upon the Company's debt, as the Company would now have to seek waivers of noncompliance under the terms of its debt resulting from the accounting errors.

55.     Specifically, on that date the Company filed a form 8-K with the SEC, reporting a "Non-Reliance on Previously Issued Financial Statements" which stated in relevant part:

On March 14, 2024, the Audit Committee (the "Audit Committee") of the Board of Directors of the Company determined, based on management's recommendation, that the Company's audited consolidated financial statements for the year ended December 31, 2022 (the "2022 Annual Financial Statements"), and the unaudited condensed consolidated financial statements included in each of the Company's quarterly reports on Form 10-Q filed with the Securities and Exchange Commission (the "SEC") in 2023 (collectively with the 2022 Annual Financial Statements, the "Affected Financial Statements"), should no longer be relied upon due to accounting errors related to the valuation and impairment of operating lease right of use ("ROU") assets and related items. In this report, the periods covered by the Affected Financial Statements are referred to as the "Non-Reliance Periods."

Any previously issued or filed reports, earnings releases, and investor presentations or other communications including or describing the Affected Financial Statements and related financial information covering the Non-Reliance Periods should no longer be relied upon. Similarly, the report of the Company's independent registered public accounting firm accompanying the previously issued 2022 Annual Financial Statements should no longer be relied upon.

The Company has previously identified and reported material weaknesses in internal controls over financial reporting related to the Company's leases, control activities and control environment. During the on-going preparation of the Company's financial statements for the fiscal year ended December 31, 2023, the Company's management identified specific errors in the processes and procedures surrounding the Company's assessment of the valuation and impairment of its ROU lease assets and related items. Upon additional review, the Company's management determined that the valuation of certain ROU lease assets and related items as of and for each of the Non-Reliance Periods had not considered certain relevant impairment indicators and related valuation information impacting the carrying value of such assets and related items, as required by Accounting Standards Codification (ASC) Nos. 842, *Leases*, and 360, *Property, Plant, and Equipment*, in addition to related standards and interpretations.

The Company previously recorded an impairment charge in the amount of $1.1 million related to ROU lease assets in its unaudited condensed consolidated financial statements for the three and nine months ended September 30, 2023, but no impairment charges were recorded in the other interim financial statements in the Non-Reliance Periods or in the 2022 Annual Financial Statements. Based on the Company's review, which is ongoing, the Company expects to record material non-cash impairment charges, and related reductions in ROU lease assets and related items, in certain of the Non-Reliance Periods.

The foregoing ROU lease asset and related item errors are non-cash in nature and will not impact the Company's reported cash balances or statements of cash flows for the Non-Reliance Periods. The Company expects that the restatements will increase the Company's overall net loss and loss per share in the impacted periods.

The Company intends to restate the Affected Financial Statements to correct the errors discussed above, and consider any other error corrections identified in the course of its review, as soon as practicable. Investors and others should rely on

financial information and other disclosures regarding the Non-Reliance Periods only after the Company restates its financial statements for the Non-Reliance Periods.

The Company anticipates that it will not timely file its Annual Report on Form 10-K for the fiscal year ended December 31, 2023 (the "FY 2023 10-K") and will file a notification of late filing on Form 12b-25 with the SEC. The Company does not currently expect that it will file the FY 2023 10-K within the 15-day extension period contemplated by Rule 12b-25(b) under the Securities Exchange Act of 1934, as amended. Accordingly, the Company expects to receive a notice from The Nasdaq Stock Market that it is not in compliance with the timely filing requirement for continued listing under Nasdaq Listing Rule 5250(c)(1). Such notification letter is not expected to have an immediate effect on the listing or trading of the Company's common stock or publicly traded warrants on the Nasdaq Global Select Market.

The description of the accounting errors and anticipated restatements above is preliminary and subject to change in connection with the Company's ongoing review and the completion of the restatements. Accordingly, there can be no assurance as to the actual effects of the restatements or that the Company will not determine to restate any financial statements other than the Affected Financial Statements or will not identify any additional accounting errors.

The Company's management also is assessing the effect of the matters identified to date on the Company's internal control over financial reporting and its disclosure controls and procedures. Although the assessment is not yet complete, the Company anticipates that the review will result in one or more material weaknesses in the Company's internal control over financial reporting during the applicable periods, in addition to the Company's previously identified and reported material weaknesses.

The Company's management and the Audit Committee have discussed the foregoing matters with the Company's independent registered public accounting firm, Deloitte & Touche LLP.

The Company's restatement and the related items discussed in this Form 8-K could have an adverse effect upon the Company's debt, including under the Loan and Security Agreement dated as of December 21, 2022, as amended, with Silicon Valley Bank, a division of First Citizens Bank & Trust Company, and the Note and Warrant Purchase Agreement dated as of December 10, 2021, as amended, with certain private placement investors. The Company is engaging in discussions with its lenders to seek waivers of any noncompliance under the terms of its debt resulting from the accounting errors and to permit the late filing of the FY 2023 10-K. If such waivers are not obtained, any such noncompliance may entitle our lenders to terminate any existing commitments to lend, impose increased interest rates,

accelerate our outstanding debt obligations, initiate foreclosure proceedings against any assets constituting collateral for such obligations and exercise other rights and remedies available under the terms of our debt agreements. If our debt were to be accelerated, the Company may not have sufficient cash or be able to borrow sufficient funds to refinance the debt or sell sufficient assets to repay the debt, which could immediately adversely affect our business, cash flows, results of operations and financial condition. Even if we were able to obtain new financing or negotiate amended terms with our existing lenders, such financing or amendments may not be on commercially reasonable terms or on terms that are acceptable to us.

As of December 31, 2023, the Company's total cash, cash equivalents and restricted cash was $136.5 million, of which $40.7 million was restricted, as compared to $207.2 million, of which $41.2 million was restricted, as of September 30, 2023. As communicated in prior disclosures, the Company has been executing on a number of initiatives to improve its financial position, including reducing its corporate headcount by 38% since the first quarter of 2022, and engaging in a portfolio optimization program to improve the financial performance of the properties it operates. The Company is also exploring a number of additional opportunities to improve revenue by enhancing its distribution arrangements, further reduce its expenditures, and partner with current or alternative capital providers to improve its liquidity position, but can give no assurances that these alternatives will be successful. If these alternatives are not successful, the Company may not be able to continue ongoing operations or meet its obligations without favorable liquidity options or additional funding.

56.     On this news, Sonder's stock price fell $2.10 per share, or 38.2%, to close at $3.40 per share on March 18, 2024, on unusually heavy trading volume.

## CLASS ACTION ALLEGATIONS

57.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired Sonder securities between May 11, 2022 and March 15, 2024, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

58.     The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Sonder's shares actively traded on

the NASDAQ.  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class.  Millions of Sonder shares were traded publicly during the Class Period on the NASDAQ.  Record owners and other members of the Class may be identified from records maintained by Sonder or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

59.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

60.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

61.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

(a)    whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)    whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Sonder; and

(c)    to what extent the members of the Class have sustained damages and the proper measure of damages.

62.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it

impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

63.   The market for Sonder's securities was open, well-developed and efficient at all relevant times.  As a result of these materially false and/or misleading statements, and/or failures to disclose, Sonder's securities traded at artificially inflated prices during the Class Period.  Plaintiff and other members of the Class purchased or otherwise acquired Sonder's securities relying upon the integrity of the market price of the Company's securities and market information relating to Sonder, and have been damaged thereby.

64.   During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Sonder's securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading.  The statements and omissions were materially false and/or misleading because they failed to disclose material adverse information and/or misrepresented the truth about Sonder's business, operations, and prospects as alleged herein.

65.   At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Sonder's financial well-being and prospects.  These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the

Company's securities at artificially inflated prices, thus causing the damages complained of herein when the truth was revealed.

## LOSS CAUSATION

66. Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

67. During the Class Period, Plaintiff and the Class purchased Sonder's securities at artificially inflated prices and were damaged thereby. The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

68. As alleged herein, Defendants acted with scienter since Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Sonder, their control over, and/or receipt and/or modification of Sonder's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Sonder, participated in the fraudulent scheme alleged herein.

## APPLICABILITY OF PRESUMPTION OF RELIANCE
## (FRAUD-ON-THE-MARKET DOCTRINE)

69. The market for Sonder's securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, Sonder's securities traded at artificially

inflated prices during the Class Period.  On August 16, 2022, the Company's stock price closed at a Class Period high of $51.00 per share.  Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Sonder's securities and market information relating to Sonder, and have been damaged thereby.

70.     During the Class Period, the artificial inflation of Sonder's shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Sonder's business, prospects, and operations.  These material misstatements and/or omissions created an unrealistically positive assessment of Sonder and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

71.     At all relevant times, the market for Sonder's securities was an efficient market for the following reasons, among others:

(a)     Sonder shares met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b)     As a regulated issuer, Sonder filed periodic public reports with the SEC and/or the NASDAQ;

(c)     Sonder regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services

and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d)    Sonder was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms.    Each of these reports was publicly available and entered the public marketplace.

72.    As a result of the foregoing, the market for Sonder's securities promptly digested current information regarding Sonder from all publicly available sources and reflected such information in Sonder's share price. Under these circumstances, all purchasers of Sonder's securities during the Class Period suffered similar injury through their purchase of Sonder's securities at artificially inflated prices and a presumption of reliance applies.

73.    A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions.    Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations and financial prospects—information that Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to recovery.    All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions.    Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## **NO SAFE HARBOR**

74.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein

all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Sonder who knew that the statement was false when made.

## **FIRST CLAIM**

### **Violation of Section 10(b) of The Exchange Act and**

### **Rule 10b-5 Promulgated Thereunder**

### **Against All Defendants**

75.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

76.    During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Sonder's securities at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

77.    Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices,

and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Sonder's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

78. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Sonder's financial well-being and prospects, as specified herein.

79. Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Sonder's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Sonder and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

80. Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact

and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

81.     Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Sonder's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

82.     As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Sonder's securities was artificially inflated during the Class Period.  In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members

of the Class acquired Sonder's securities during the Class Period at artificially high prices and were damaged thereby.

83.     At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true.  Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that Sonder was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Sonder securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

84.     By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

85.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM

### Violation of Section 20(a) of The Exchange Act
### Against the Individual Defendants

86.     Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

87.     Individual Defendants acted as controlling persons of Sonder within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the

Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

88.     In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

89.     As set forth above, Sonder and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)     Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)     Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)     Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)     Such other and further relief as the Court may deem just and proper.

1

## **<u>JURY TRIAL DEMANDED</u>**

2

    Plaintiff hereby demands a trial by jury.

3

4   DATED:  June 7, 2024          **GLANCY PRONGAY & MURRAY LLP**

5

6                    By: *<u>/s/ Charles H. Linehan</u>*
                    Robert V. Prongay

7                    Charles H. Linehan
                    Pavithra Rajesh

8                    1925 Century Park East, Suite 2100
                    Los Angeles, California 90067

9                    Telephone: (310) 201-9150

10                 Facsimile: (310) 201-9160
                    Email:  clinehan@glancylaw.com

11

12                    *Attorneys for Plaintiff Tad Park*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SWORN CERTIFICATION OF PLAINTIFF
## SONDER HOLDINGS INC. (SOND) SECURITIES LITIGATION

I, Tad Park, certify that:

1.     I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of a lead plaintiff motion on my behalf.

2.     I did not purchase the Sonder Holdings Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.     I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.     My transactions in Sonder Holdings Inc. securities during the period set forth in the Complaint are as follows:

       (See attached transactions)

5.     I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.     I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

6/6/2024
_____
Date

_Tad Park_
_____
Tad Park

**Tad Park's Transactions in Sonder Holdings Inc. (SOND)**

**Account 1 Common Stock**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 6/9/2022 | Bought | 4,599 | $1.7650 |
| 6/9/2022 | Bought | 28,135 | $1.7700 |
| 6/13/2022 | Bought | 50,000 | $1.7000 |
| 7/11/2022 | Bought | 3,045 | $0.9300 |
| 7/12/2022 | Bought | 11,246 | $0.9300 |
| 7/13/2022 | Bought | 65,709 | $0.9300 |
| 8/3/2022 | Bought | 130,000 | $1.6700 |

**Account 2 Common Stock**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 6/2/2022 | Bought | 1,100 | $2.5600 |
| 6/2/2022 | Bought | 28,900 | $2.5700 |
| 8/11/2022 | Bought | 86,805 | $2.4300 |
| 8/11/2022 | Bought | 1,000 | $2.4200 |
| 8/11/2022 | Bought | 1,083 | $2.4000 |

**Account 2 Warrants**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 6/2/2022 | Sold | -37,494 | $0.4300 |
| 7/31/2023 | Bought | 79,964 | $0.0360 |
| 8/3/2023 | Bought | 2,819 | $0.0360 |
| 8/7/2023 | Bought | 5,300 | $0.0360 |
| 8/9/2023 | Bought | 100 | $0.0360 |
| 8/11/2023 | Bought | 14,800 | $0.0360 |
| 8/14/2023 | Bought | 28 | $0.0360 |
| 9/13/2023 | Bought | 396,989 | $0.0360 |

**Account 3 Common Stock**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 5/19/2022 | Bought | 2,600 | $1.7896 |
| 6/2/2022 | Bought | 100 | $2.6150 |
| 6/2/2022 | Bought | 49,900 | $2.6200 |
| 6/9/2022 | Bought | 4,400 | $1.7750 |
| 6/9/2022 | Bought | 8,849 | $1.7800 |
| 7/14/2022 | Bought | 100,000 | $0.9100 |
| 8/10/2022 | Bought | 2 | $2.1900 |
| 8/11/2022 | Bought | 5,685 | $2.5100 |
| 8/11/2022 | Bought | 433 | $2.5300 |
| 8/11/2022 | Bought | 39,734 | $2.5200 |
| 8/11/2022 | Bought | 100 | $2.4250 |
| 8/11/2022 | Bought | 45,602 | $2.4350 |

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|-----------|
| 8/11/2022 | Bought | 1,488 | $2.5000 |
| 8/11/2022 | Bought | 3,500 | $2.4450 |
| 8/11/2022 | Bought | 5,200 | $2.4200 |
| 8/11/2022 | Bought | 382,632 | $2.5400 |
| 8/11/2022 | Bought | 900 | $2.4900 |
| 8/11/2022 | Bought | 2,200 | $2.4800 |
| 8/11/2022 | Bought | 100 | $2.4499 |
| 8/11/2022 | Bought | 3,100 | $2.4700 |
| 8/11/2022 | Bought | 4,100 | $2.4600 |
| 8/11/2022 | Bought | 11,804 | $2.4500 |
| 8/11/2022 | Bought | 24,337 | $2.4400 |
| 8/11/2022 | Bought | 31,485 | $2.4300 |
| 8/11/2022 | Bought | 6,455 | $2.4000 |
| 8/11/2022 | Bought | 1,145 | $2.4100 |
| 11/9/2022 | Sold | -20,366 | $2.0200 |
| 11/16/2022 | Sold | -300 | $1.8700 |
| 12/30/2022 | Sold | -146,456 | $1.0800 |
| 12/30/2022 | Sold | -600 | $1.0850 |
| 12/30/2022 | Sold | -12,330 | $1.0900 |
| 12/30/2022 | Sold | -20,677 | $1.1000 |
| 12/30/2022 | Sold | -7 | $1.1150 |
| 12/30/2022 | Sold | -4,930 | $1.1100 |
| 3/1/2023 | Bought | 94,300 | $1.0200 |
| 3/1/2023 | Bought | 5,700 | $1.0150 |

**Account 3 Warrants**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|-----------|
| 5/12/2022 | Sold | -25,351 | $0.2700 |
| 5/12/2022 | Sold | -100 | $0.2715 |
| 5/12/2022 | Sold | -2,200 | $0.2800 |
| 5/12/2022 | Sold | -100 | $0.2682 |
| 5/12/2022 | Sold | -399,500 | $0.2600 |
| 5/12/2022 | Sold | -400 | $0.2800 |
| 6/1/2022 | Bought | 207 | $0.4050 |
| 6/1/2022 | Bought | 364 | $0.4051 |
| 6/1/2022 | Bought | 300 | $0.3951 |
| 6/1/2022 | Bought | 129 | $0.3851 |
| 6/2/2022 | Bought | 37,294 | $0.4300 |
| 6/2/2022 | Bought | 100 | $0.4223 |
| 6/2/2022 | Bought | 300 | $0.4098 |
| 6/2/2022 | Bought | 100 | $0.4082 |
| 6/2/2022 | Bought | 1,780 | $0.4100 |
| 6/2/2022 | Bought | 100 | $0.4009 |
| 6/2/2022 | Bought | 400,326 | $0.3600 |
| 7/14/2022 | Sold | -449 | $0.1600 |
| 7/14/2022 | Sold | -100 | $0.1600 |
| 7/27/2022 | Sold | -436,441 | $0.1700 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/27/2022 | Sold | -3,000 | $0.1750 |
| 7/27/2022 | Sold | -1,000 | $0.1701 |
| 7/27/2022 | Sold | -10 | $0.1850 |

**Account 3 Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 2/7/2022 | Bought To Open | Call | Sep 16, 2022 / $12.50 | 40 | $0.95 |
| 3/9/2022 | Bought To Open | Call | Sep 16, 2022 / $10 | 400 | $0.30 |
| 9/19/2022 | Expired | Call | Sep 16, 2022 / $12.50 | -40 | $0.00 |
| 9/19/2022 | Expired | Call | Sep 16, 2022 / $10 | -400 | $0.00 |